ACCEPTED
06-14-00225-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
5/21/2015 10:44:50 AM
DEBBIE AUTREY
CLERK

NOS. 06-14-00225-CR, 06-14-00226-CR, AND 06-14-00227-CR
[TRIAL COURT NOS. F12-61870-X, F13-34344-X, and F13-40734-X]

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
5/21/2015 10:44:50 AM
DEBBIE AUTREY
Clerk

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE COURT OF APPEALS |
| VS. | § | FOR THE SIXTH DISTRICT |
| ELIZABETH MENDOZA | § | OF TEXAS AT DALLAS |

### STATE'S MOTION TO EXTEND THE TIME FOR FILING THE STATE'S BRIEF

TO THE HONORABLE COURT OF APPEALS:

COMES NOW the State of Texas, through the Criminal District Attorney of Dallas County, and files this Motion to Extend the Time for Filing State's Brief nine (9) days until May 22, 2015, and would show the following:

### I.

Appellant pleaded guilty under three separate indictments to the unrelated offenses of aggravated assault (F12-61870-X), attempted possession of a controlled substance (F13-34344-X), and unauthorized use of a motor vehicle (F13-40734). In each case, the trial court placed appellant on deferred adjudication community supervision. The State subsequently filed motions to adjudicate guilt in each of appellant's cases and appellant entered non-negotiated guilty pleas to the allegations alleged in the State's motions. On November 13, 2014, the trial court presided over a

1

consolidated hearing on all three cases. The trial court adjudicated guilt in all three cases and assessed appellant's punishments as six years imprisonment in F12-61870-X, one year in the county jail in cause number F13-34344-X, and ten months in a state jail facility in cause number F13-40734-X.

## II.

This case is not yet set for submission. No prior extensions have been requested by the State in this case.

## III.

On May 20, 2015, I filed a seventy-four page brief in the Fifth District Court of appeals in *Paz v. State*, 05-14-01127-CR. I spent the preceding four weeks preparing the States brief, which include reading the eight volume reporter's record and writing and editing a problematic statement of facts. I originally intended to file said brief several weeks earlier, and then address the other appellate briefs, including the brief in the instant case, in a more timely fashion. Unfortunately, I was unable to finish the Paz brief for filing until yesterday afternoon (May 20, 2015). For this reason, the State respectfully requests that the time for filing the State's brief be extended nine (9) days until May 22, 2015.

IV.

WHEREFORE, PREMISES CONSIDERED, the State respectfully requests that the time for filing the State's brief be extended nine (9) days until May 22, 2015.

Respectfully submitted,

LARISSA T. ROEDER

ASSISTANT DISTRICT ATTORNEY

STATE BAR NO. 24010357

FRANK CROWLEY COURTS BLDG, LB 19

DALLAS, TEXAS 75207-4399

(214) 653-3636

3

## CERTIFICATE OF SERVICE AND WORD-COUNT COMPLIANCE

I hereby certify that a true copy of this motion has been served on, Bruce Anton, attorney for appellant, 2311 Cedar Springs, Suite 250, Dallas, Texas 75201, via electronic mail at ba@sualaw.com on May 21, 2015. I further certify that this document contains 466 words, inclusive of all contents.

LARISSA T. ROEDER